IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY KAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 24) and motion to continue hearing (Filing No. 25). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to restrict is granted. The motion to continue shall be restricted.

2) The motion to continue sentencing is granted. The hearing is rescheduled for:

**Friday, February 11, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court