IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY KAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's appeal of detention order (Filing No. 31). The Court finds plaintiff should respond to the appeal. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's appeal of detention order on or before January 31, 2011.

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court