IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY KAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's appeal of detention order (Filing No. 31). The Court has reviewed the appeal, the brief in support of appeal of detention order (Filing No. 32), and plaintiff's response thereto (Filing No. 34), and finds the appeal should be denied. Accordingly,

IT IS ORDERED that defendant's appeal of detention order is denied.

DATED this 1st day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court