IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY KAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 22, 2014, the defendant appeared through counsel on a Petition for Warrant or Summons for Offender Under Supervision ([Filing No. 53](#)). Defendant was present and represented by Julie B. Hansen, Assistant Federal Public Defender. Plaintiff was represented Kimberly C. Bunjer, Assistant United States Attorney. The defendant admitted Allegation No. 2 contained within the Petition is true, and the Court found the defendant to be in violation of conditions of his supervised release. The plaintiff moved to dismiss Allegation No. 1.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 18 months.

2) That upon completion of the defendant's incarceration, he shall continue on supervised release for a term of 42 months, to include the special condition of 180 days in a public law placement as directed by the probation officer. All other terms and conditions remain the same as those originally imposed at time of sentencing.

3) Allegation No. 1 is dismissed.

DATED this 22nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

UNITED STATES WARDEN

By: _____